# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SUSANVILLE/REDDING BRANCH

**FILED JUL - 6 2005**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA, ) CITATION NO. 05-S0009
                          )              01-S0060
        Plaintiff,        ) ORDER TO APPEAR
                          )
vs.                       ) 2:05-mj-193 KJM
                          )
KING DAVID DUE            ) 2:05-MG-194 KJM
                          )
        Defendant.        )
_____)

YOU ARE HEREBY ORDERED to appear before a United States Magistrate Judge in Sacramento, California, at 501 I Street, in the Magistrate Courtroom on July 27, 2005 at 2:00 p.m. for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 6-28-05

Christy L. Pine
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison

cc:  Clerk, U.S. District Court (w/Violation Notice and Statement of Probable Cause)
     Pat Mikel, U.S. Attorney's Office (w/Violation Notice and Statement of Probable Cause)
     Lupe Hernandez, Federal Public Defender's Office (w/Violation Notice and Statement of Probation Cause)
     Duty Magistrate Clerk (w/Violation Notice and Statement of Probable Cause)

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

FILED
U.S. District Court
Eastern District of California
Susanville/Redding
6-22-05
By: _____

**UNITED STATES OF AMERICA**

V.

DUE, King David
General Delivery
Redding, CA 96003

DOB: 05/09/61
CII:
CADL: N9387764
SSN: 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

**CRIMINAL COMPLAINT**

CASE NUMBER: 05 - 50009

05 MG 193 KJM

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief that on or about June 13, 2005 in Trinity County, in the Eastern District of California defendant(s) did:

1. Interfere with BLM Campground Hosts/Volunteers at the Junction City Campground by refusing to pay camping fees as required by federal law; a violation of 43 CFR 8365.1-4(a)(4)

2. Create a hazard or nuisance by becoming belligerent and threatening to the Campground Hosts in violation of 43 CFR 8365.1-4(a)(2).

I further state that I am a(n) BLM Law Enforcement Ranger and that this complaint is based on the following facts:

See attached Incident/Investigation Report 0557600157 prepared by BLM Law Enforcement Ranger, Patrick D. Hagan, attached.

Continued on the attached sheet and made a part hereof:   X Yes   __ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

6-22-05 at Redding, CA
Date          City and State

Craig Kellison
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT
### INCIDENT/INVESTIGATION REPORT

Page No. 1

| INCIDENT # | OFFICE | DATE OF INCIDENT | TIME OF INCIDENT | DAY OF WEEK |
|---|---|---|---|---|
| 0557600157 | CA*360 REDDING FO | 06/13/05 | 1857 | Monday |

| ACTION TAKEN | DISPOSITION |
|---|---|
| CRIMINAL COMPLAINT WITH USA | OPEN, CASE PENDING |

| DATE REPORTED | TIME REPORTED | DATE INVESTIGATED | TIME INVESTIGATED |
|---|---|---|---|
| 06/13/05 | 1857 | 06/13/05 | 1923 |

| DATE CLEARED | TIME CLEARED | LOCATION OF INCIDENT |
|---|---|---|
| 06/19/05 | 1500 | JUNTION CITY CAMPGROUND OFF HWY 299 WEST |

| STATE | COUNTY | LAND STATUS | UTM EAST/NORTH | LAT/LONG |
|---|---|---|---|---|
| CA | TRINITY | PUBLIC, BLM | | |

LEGAL
T33N, R11W, SECTION 1

OFFENSE(S)
90Z 43 CFR 8365.1-4(A)(4) - INTERFER W/EMPLOYEE

INVESTIGATING OFFICER
R249 -HAGAN, PATRICK D.

CASE RELATED TO

| TYPE | NAME | HOME PHONE |
|---|---|---|
| S | DUE, KING DAVID | |

| ALIASES | WORK PHONE |
|---|---|
| DAVID DUE JR. | |

ADDRESS
GENERAL DELIVERY, REDDING, CA 96003

| DOB | AGE | SEX | RACE | SSN |
|---|---|---|---|---|
| 05/09/61 | 44 | M | WHITE | 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 |

| HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|
| 5'08" | 190 LBS | BLACK | HAZEL |

| DLN/OLN | DLN/OLN STATE |
|---|---|
| N9387764 | CA |

| TYPE | NAME | HOME PHONE |
|---|---|---|
| V | SOCIETY, | |

| ALIASES | WORK PHONE |
|---|---|
| | |

ADDRESS

| DOB | AGE | SEX | RACE | SSN |
|---|---|---|---|---|
| | | | | |

| HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|
| | | | |

| DLN/OLN | DLN/OLN STATE |
|---|---|
| | |

| TYPE | NAME | HOME PHONE |
|---|---|---|
| C | USDI - BLM - REDDING FIEL, | 530-224-2141 |

| ALIASES | WORK PHONE |
|---|---|
| | 530-224-2100 |

ADDRESS
355 HEMSTED DRIVE, REDDING, CA 96002

| DOB | AGE | SEX | RACE | SSN |
|---|---|---|---|---|
| | | | | |

| HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|
| | | | |

| DLN/OLN | DLN/OLN STATE |
|---|---|
| | |

| TYPE | NAME | HOME PHONE |
|---|---|---|
| W | HAGAN, PATRICK DAWS | |

| ALIASES | WORK PHONE |
|---|---|
| PAT HAGAN | 530-224-2141 |

ADDRESS
355 HEMSTED DRIVE (WORK), REDDING, CA 96002

| DOB | AGE | SEX | RACE | SSN |
|---|---|---|---|---|
| 12/03/50 | 54 | M | WHITE | 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 |

| HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|
| 5'09" | 160 LBS | BROWN | BLUE |

| DLN/OLN | DLN/OLN STATE |
|---|---|
| | |

**UNITED STATES DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**
**INCIDENT/INVESTIGATION REPORT - CONTINUATION PAGE**

Page No. 2

| INCIDENT # | OFFICE | STATE | DATE OF INCIDENT |
|---|---|---|---|
| 0557600157 | CA*360 REDDING FO | CA | 06/13/05 |

| LOCATION OF INCIDENT | INVESTIGATING OFFICER |
|---|---|
| JUNTION CITY CAMPGROUND OFF HWY 299 WEST | R249 -HAGAN, PATRICK D. |

---

| TYPE | NAME | | | HOME PHONE |
|---|---|---|---|---|
| W | DEAN, NITA P | | | 520-297-5384 |
| ALIASES | | | | WORK PHONE |
| | | | | 520-730-1026 |

ADDRESS: 12575 NORTH MOUNTAIN BREEZE DRIVE, TUSON, AZ 85737

| DOB | AGE | SEX | RACE | SSN |
|---|---|---|---|---|
| | 00 | F | WHITE | 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 |
| HEIGHT | WEIGHT | HAIR | EYES | |
| | | | | |
| DLN/OLN | | DLN/OLN STATE | | |

---

| TYPE | NAME | | | HOME PHONE |
|---|---|---|---|---|
| W | DEAN, BILL | | | 520-297-5348 |
| ALIASES | | | | WORK PHONE |
| | | | | 520-730-1026 |

ADDRESS: 12575 NORTH MOUNTAIN BREEZE DRIVE, TUCSON, AZ 85737

| DOB | AGE | SEX | RACE | SSN |
|---|---|---|---|---|
| 11/08/32 | 72 | M | WHITE | 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 |
| HEIGHT | WEIGHT | HAIR | EYES | |
| | | | | |
| DLN/OLN | | DLN/OLN STATE | | |

---

| TYPE | NAME | | | HOME PHONE |
|---|---|---|---|---|
| W | CARGILE, JUDY KAY | | | 530-945-4054 |
| ALIASES | | | | WORK PHONE |
| | | | | 530-623-4640 |

ADDRESS: P.O. BOX 462, SHASTA, CA 96087

| DOB | AGE | SEX | RACE | SSN |
|---|---|---|---|---|
| 02/09/48 | 57 | F | WHITE | 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 |
| HEIGHT | WEIGHT | HAIR | EYES | |
| | | | | |
| DLN/OLN | | DLN/OLN STATE | | |
| B13081040 | | AZ | | |

---

| TYPE | NAME | | | HOME PHONE |
|---|---|---|---|---|
| W | CARGILE, H DEAN | | | 530-945-4054 |
| ALIASES | | | | WORK PHONE |
| | | | | 530-623-4640 |

ADDRESS: P.O. BOX 468, SHASTA, CA 96087

| DOB | AGE | SEX | RACE | SSN |
|---|---|---|---|---|
| 09/04/36 | 68 | M | WHITE | 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 |
| HEIGHT | WEIGHT | HAIR | EYES | |
| | | | | |
| DLN/OLN | | DLN/OLN STATE | | |

---

| TYPE | NAME | | | HOME PHONE |
|---|---|---|---|---|
| W | CROTHERS, WILLIAM J | | | 530-623-4515 |
| ALIASES | | | | WORK PHONE |
| BILL CROTHERS | | | | 530-224-2100 |

ADDRESS: P.O. BOX 399/STEEL BRIDGE ROAD, DOUGLAS CITY, CA 96024

| DOB | AGE | SEX | RACE | SSN |
|---|---|---|---|---|
| 11/05/60 | 44 | M | WHITE | 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 |
| HEIGHT | WEIGHT | HAIR | EYES | |
| 5'09" | 160 LBS | BROWN | | |
| DLN/OLN | | DLN/OLN STATE | | |

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
INCIDENT/INVESTIGATION REPORT - CONTINUATION PAGE

Page No. 3

| INCIDENT # | OFFICE | STATE | DATE OF INCIDENT |
|---|---|---|---|
| 0557600157 | CA*360 REDDING FO | CA | 06/13/05 |

| LOCATION OF INCIDENT | INVESTIGATING OFFICER |
|---|---|
| JUNTION CITY CAMPGROUND OFF HWY 299 WEST | R249 -HAGAN, PATRICK D. |

| TYPE | NAME | HOME PHONE |
|---|---|---|
| W | YANG, CHAO NMN | 530-894-0810 |
| ALIASES | | WORK PHONE |
| | | 530-224-2100 |

ADDRESS
820 WEST 4TH AVENUE, # 124, CHICO, CA 95926

| DOB | AGE | SEX | RACE | SSN |
|---|---|---|---|---|
| 01/17/84 | 21 | M | WHITE | |

| HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|
| | | | |

| DLN/OLN | DLN/OLN STATE |
|---|---|
| | |

```
EDIT                Edited 06/20/05 - 06:48:55 By HAGAN, PATRICK D.
EDIT                Edited 06/17/05 - 09:23:37 By HAGAN, PATRICK D.
INITIAL REPORT         [ Narrative ID = 0557600157  INC0001001001 ]
Added 06/17/05 - 07:19:29 By HAGAN, PATRICK D.
```

NARRATIVE:

JUNE 14, 2005 -- At about 1500 hours on this date, BLM Recreation Specialist, Bill Kuntz came to my office and informed me of an incident which had occurred about 21 hours previously, around 1850 hours, the previous evening at the Junction City Campground in Trinity County, CA.

Kuntz told me the BLM Campground Hosts, Nita and Bill Dean had made contact with a transient at the campground. Kuntz said the man had become angry and abusive when they asked the man to pay the campground fees. Kuntz said the individual, later identified as King David Due, began yelling and screaming at the Campground Hosts and everyone in the campground. Kuntz said the Campground Host departed the site, but the man followed them and continued to rant and rave.

Kuntz said the Campground Hosts became concerned for their safety and others in the campground. They contacted the Trinity County Sheriff Office (TCSO) (time: 1857 hours). Three TCSO sheriff deputies and a CHP officer responded to the campground arriving at about 1923 hours.

The officers arrested DUE. DUE was taken into custody and transported to the Trinity County Jail in Weaverville, CA. where he was booked into the county jail on various charges.

JUNE 16, 2005 -- At about 1840 hours I received a phone call from the BLM Douglas City Campground Host, Judy Cargile. Judy Cargile said the man who had caused trouble in the BLM Junction City Campground had been seen in the BLM Douglas City Campground.

The Judy Cargile said she had called the Trinity County Sheriff Department and was now informing me of the incident. Judy Cargile said she had last seen him around one of the structures in the campground and had not seen him since. I told Judy Cargile, I would proceed to the campground.

I put on a BLM law enforcement uniform, including badge and nylon gear and picked up my marked BLM patrol vehicle at the BLM Redding Field Office. I

| OFFICER | BADGE # | APPROVED BY |
|---|---|---|
| HAGAN, PATRICK D. | R249 | |
| TITLE | | TITLE |
| RANGER | | |
| SIGNATURE | | SIGNATURE |
| RELEASE TO | | |
| TRINITY COUNTY SHERIFF OFFICE | | |

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
INCIDENT/INVESTIGATION REPORT - CONTINUATION PAGE

| INCIDENT # | OFFICE | STATE | DATE OF INCIDENT |
|---|---|---|---|
| 0557600157 | CA*360 REDDING FO | CA | 06/13/05 |

| LOCATION OF INCIDENT | INVESTIGATING OFFICER |
|---|---|
| JUNTION CITY CAMPGROUND OFF HWY 299 WEST | R249 -HAGAN, PATRICK D. |

departed the BLM Redding Field Office at 1855 hours.

As I drove towards the campground, I contacted the Whiskeytown National Recreation Area (WNRA) dispatcher and requested she advise the TCSO I was enroute to the campground.

WNRA dispatcher advised me the TCSO had spoken to the suspect and the Campground Host. They had agreed the man could remain the night, but would have to leave the area the next day.

I arrived at the BLM Douglas City Campground at 1945 hours. I spoke to BLM Campground Hosts, Judy and Dean Cargile. They told me BLM employees, William J. Crothers and Chao Yang had removed the man from the campground earlier in the day and dropped him off at the Douglas City Fire Station.

Judy Cargile said the man came back later with his bicycle and puppy. Judy Cargile said the man had spoken to a woman in Campsite No. 1 who, when spoken to, appeared to be upset and concerned with her safety.

At about this time William Crothers called Judy Cargile. I was able to speak to him about the incident.

Crothers said at about 0930 hours he and Yang were repairing the restrooms in the BLM Douglas City Campground when a man on a bicycle and with a yellow Lab puppy came by. Crothers said he had a bad feeling about the man. Crothers said, at the time, he and Yang were unaware of the incident which had occurred a few days earlier at the BLM Junction City Campground.

Crothers said the man told them he was looking for a second man who was suppose to be camping in the area. Crothers decided it would be best if he got the man out of the BLM Douglas City Campground and away from other campers. He agreed to help the man find his friend.

Crothers and Yang loaded the man's bicycle and dog in their pickup and took him to Steiner Flat Campground, an undeveloped campground located nearby. When they were unable to locate the man's friend, they dropped him off at the Douglas City Fire Station. Crothers said he was still at the Fire Station.

I then proceeded to speak to the campers in Campsite No. 1. They told me the man acted strange but caused them no harm.

At 2016 hours I departed the BLM Douglas City Campground and drove to the TCSO office in Weaverville, CA. I arrived at 2026 hours and spoke to the dispatcher. I learned the name of the suspect, King David Due, and learned he had been arrested and charged with the following charges stemming from the BLM Junction City Campground incident:

    415(1)  PC ---- Fight Challenger/Fight in public
    602(N)  PC ---- Trespass, Refuse to leave
    148(A)  PC ---- Obstruct/resist peace officer
    647(F)  PC ---- Disorderly conduct

I was also able to get a copy of DUE's criminal record. A review of DUE's past criminal record showed he had been arrested for the following

| OFFICER | BADGE # | APPROVED BY |
|---|---|---|
| HAGAN, PATRICK D. | R249 | |
| TITLE | | TITLE |
| RANGER | | |
| SIGNATURE | | SIGNATURE |
| RELEASE TO | | |
| TRINITY COUNTY SHERIFF OFFICE | | |

| UNITED STATES DEPARTMENT OF THE INTERIOR<br>BUREAU OF LAND MANAGEMENT<br>INCIDENT/INVESTIGATION REPORT - CONTINUATION PAGE | | | | Page No. 5 |
|---|---|---|---|---|
| INCIDENT #<br>0557600157 | OFFICE<br>CA*360 REDDING FO | STATE<br>CA | | DATE OF INCIDENT<br>06/13/05 |
| LOCATION OF INCIDENT<br>JUNTION CITY CAMPGROUND OFF HWY 299 WEST | | INVESTIGATING OFFICER<br>R249 -HAGAN, PATRICK D. | | |

offenses:

```
    415 PC   ----- Disturbance of the peace
    594(a) PC -- Vandalism
    459 PC   ----- Burglary in the second degree
    602(l) PC -- Trespass - occupy property w/o consent
    28000.2 VC - Evade peace officer; disregard safety of others
    12303.2 PC - Possession of explosive device in public
```

I departed the TCSO at 2055 hours and went out of service at my residence at 2156 hours.

JUNE 17, 2005 -- On this date I prepared this report and a Significant Activity Report (SAR) on the incident.

| OFFICER<br>HAGAN, PATRICK D. | BADGE #<br>R249 | APPROVED BY | |
|---|---|---|---|
| TITLE<br>RANGER | | TITLE | |
| SIGNATURE | | SIGNATURE | |
| RELEASE TO<br>TRINITY COUNTY SHERIFF OFFICE | | | |

| UNITED STATES DEPARTMENT OF THE INTERIOR<br>BUREAU OF LAND MANAGEMENT<br>INCIDENT/INVESTIGATION REPORT - CONTINUATION PAGE | | | Page No. 6 |
|---|---|---|---|
| INCIDENT #<br>0557600157 | OFFICE<br>CA*360 REDDING FO | STATE<br>CA | DATE OF INCIDENT<br>06/13/05 |
| LOCATION OF INCIDENT<br>JUNTION CITY CAMPGROUND OFF HWY 299 WEST | | INVESTIGATING OFFICER<br>R249 -HAGAN, PATRICK D. | |

```
EDIT                          Edited 06/20/05 - 06:50:21 By HAGAN, PATRICK D.
SUPPLEMENTARY REPORT 1         [ Narrative ID = 0557600157   INC0001002001 ]
Added 06/19/05 - 08:00:13 By HAGAN, PATRICK D.
```

NARRATIVE:

JUNE 17, 2005 -- On this date I contacted the Whiskeytown National Recreation Area (WNRA) dispatch office. I advised them of the problems BLM had with DUE. WNRA dispatch said they were familiar with DUE and he had a $5000 Federal warrant out for his arrest. I later learned the warrant was for possession of a control substance, speeding, driving w/o a license and other CVC violations.

I contacted the Trinity County Sheriff Department and advised them of the Federal warrant and asked they pick DUE up if they saw him.

JUNE 18, 2005 -- On this date I returned to see if I could locate DUE. I was unable to locate him.

At 1142 hours I stopped by the Junction City Campground and spoke to Nita and Bill Dean, BLM Campground Hosts, about the June 13, 2005 incident.

They told me DUE had arrived at the campground around 1600 hours on June 13, 2005. They had noticed he had a bicycle and trailer with a sign reading "Homeless" posted on the back.

At about 1900 hours Nita Dean went over to his campsite (No. 2) and noticed no camping permit receipt at DUE's campsite. Nita Dean asked DUE if he planned on spending the night and if he was he needed to pay the camping fees. DUE said he was but he did not have to pay; that he was on his own land. Nita Dean suggested he go across the street and camp; as he did not have to pay if he camped there. DUE told Nita Dean she should call the cops and that she should get her motorhome off his land. DUE told Nita Dean she was not going to work as a Campground Host. Nita Dean said during the entire conversation, DUE used obsenities.

Nita Dean saw DUE's golden retriever puppy was not on leash and told DUE to put it on a leash. DUE said he would not do it and she should call the cops. During this time DUE was using profanities and she became increasingly concerned about her safety. She went back to her motorhome.

At the motorhome, she called the Trinity County Sheriff Office. While on the phone DUE approached her husband, Bill Dean, and a camper who was at the site. DUE continued to rant and rave; stating they should pack up their shit and get out of the campground. The neighboring camper tried to calm DUE down, but without success.

Eventually DUE went across the street. Three Sheriff Deputies and a CHP officer arrived at the campsite and spoke to DUE. One deputy came back to tell the Campground Hosts they thought they had calmed DUE down and he was suppose to stay out of the campground or face arrest. The deputy said DUE was suppose to leave the area the next morning.

At about this time DUE entered the campground and the deputy proceeded to put him on the ground and cuff him. Because DUE was struggling so much,

| OFFICER<br>HAGAN, PATRICK D. | BADGE #<br>R249 | APPROVED BY | |
|---|---|---|---|
| TITLE<br>RANGER | | TITLE | |
| SIGNATURE | | SIGNATURE | |
| RELEASE TO<br>TRINITY COUNTY SHERIFF OFFICE | | | |

| UNITED STATES DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT INCIDENT/INVESTIGATION REPORT - CONTINUATION PAGE | | | | Page No. 7 |
|---|---|---|---|---|
| INCIDENT # 0557600157 | OFFICE CA*360 REDDING FO | STATE CA | | DATE OF INCIDENT 06/13/05 |
| LOCATION OF INCIDENT JUNTION CITY CAMPGROUND OFF HWY 299 WEST | | INVESTIGATING OFFICER R249 -HAGAN, PATRICK D. | | |

it took three deputies to get him into the patrol vehicle. They then carried him off to jail along with his personal belongings and dog.

I explained to Nita and Bill Dean, that DUE had an extensive criminal history and they should contact the Trinity County Sheriff Department and myself if he should return. I told them they should contact me, in the event I needed to file Federal charges against him for assault or other violations.

I departed the campground at 1212 hours and returned to patrol duties.

| OFFICER HAGAN, PATRICK D. | BADGE # R249 | APPROVED BY | |
|---|---|---|---|
| TITLE RANGER | | TITLE | |
| SIGNATURE | | SIGNATURE | |
| RELEASE TO TRINITY COUNTY SHERIFF OFFICE | | | |

| | | | | |
|---|---|---|---|---|
| | UNITED STATES DEPARTMENT OF THE INTERIOR<br>BUREAU OF LAND MANAGEMENT<br>INCIDENT/INVESTIGATION REPORT - CONTINUATION PAGE | | | Page No. 8 |
| INCIDENT #<br>0557600157 | OFFICE<br>CA*360 REDDING FO | STATE<br>CA | | DATE OF INCIDENT<br>06/13/05 |
| LOCATION OF INCIDENT<br>JUNTION CITY CAMPGROUND OFF HWY 299 WEST | | INVESTIGATING OFFICER<br>R249 -HAGAN, PATRICK D. | | |

```
EDIT                    Edited 06/20/05 - 06:53:28 By HAGAN, PATRICK D.
SUPPLEMENTARY REPORT 2      [ Narrative ID = 0557600157  INC0001003001 ]
Added 06/19/05 - 15:25:04 By HAGAN, PATRICK D.
```

NARRATIVE:

JUNE 19, 2005 -- At about 1010 hours I received a radio call from BLM Maintenance Helper, Ken Dickard. Dickard said he and Chao had located DUE in Weaverville, CA. Dickard said he was standing off Highway 299 in front of the local Longs Drug Store.

Dickard said Chao had positively identified the person as the man he and Crothers had seen in the Douglas City Campground earlier that week. I asked Dickard to continue surveillance on DUE till I checked with WNRA on what they wanted to do.

I contacted the WNRA dispatcher and advised them of BLM having located one of their suspects with a arrest warrant. I agreed to meet NPS Ranger, Mike Martin (502) at their dispatch office (321). I arrived at the NPS dispatch office at 1015 hours and met with Ranger Martin.

Ranger Martin contacted his supervisor and was given permission to drive to Weaverville, CA and make the arrest. I agreed to assist him with the arrest.

I contacted Dickard and asked him to keep watch of DUE till Ranger Martin and I arrived.

Ranger Martin also had dispatch contact TCSO about assisting. Because they only had one officer working, they suggested the NPS contact CHP for assistance. CHP was contacted and they agreed to assist Ranger Martin in arresting DUE. They would not make any move till Ranger Martin arrived in the Weaverville, CA. area.

Ranger Martin then made arrangements to house DUE in the Tehama County Jail since Shasta County Jail was full and Trinity County Jail was not Federally approved to house Federal prisoners. It was agreed DUE would be taken before the Federal Magistrate on June 20, 2005.

We departed the WNRA dispatch office at 1037 hours and arrived in Weaverville, CA. at 1120 hours. Prior to arriving at the scene, CHP units were advised of our arrival in the area. Two CHP units met Ranger Martin and myself at the site where DUE was standing.

Ranger Martin placed DUE in handcuffs and advised him of the Federal warrant for his arrest. DUE claimed he was never notified of the warrant. DUE was placed in Ranger Martin's marked patrol vehicle after being searched.

The two CHP units departed the area soon after DUE was handcuffed. DUE's personal effects were loaded into Dickards' government truck and taken to WNRA where it was transferred over to a second NPS Ranger. The second NPS Ranger was given orders to inventory the contents of DUE's personal belongings.

| | | | |
|---|---|---|---|
| OFFICER<br>HAGAN, PATRICK D. | BADGE #<br>R249 | APPROVED BY | |
| TITLE<br>RANGER | | TITLE | |
| SIGNATURE | | SIGNATURE | |
| RELEASE TO<br>TRINITY COUNTY SHERIFF OFFICE | | | |

| UNITED STATES DEPARTMENT OF THE INTERIOR<br>BUREAU OF LAND MANAGEMENT<br>INCIDENT/INVESTIGATION REPORT - CONTINUATION PAGE | | | Page No. 9 |
|---|---|---|---|
| INCIDENT #<br>0557600157 | OFFICE<br>CA*360 REDDING FO | STATE<br>CA | DATE OF INCIDENT<br>06/13/05 |
| LOCATION OF INCIDENT<br>JUNTION CITY CAMPGROUND OFF HWY 299 WEST | | INVESTIGATING OFFICER<br>R249 -HAGAN, PATRICK D. | |

Ranger Martin, myself, and DUE departed the WNRA area at 1126 hours enroute to the Tehama County Jail in Red Bluff, CA. We arrived at the Tehama County Jail at 1251 hours and booked DUE into the jail on the Federal Warrant.

We departed the jail at 1304 hours and returned to the WNRA dispatch office, arriving at 1349 hours. I proceeded to depart the WNRA dispatch office at 1405 hours and returned to patrol duties.

| OFFICER<br>HAGAN, PATRICK D. | BADGE #<br>R249 | APPROVED BY | |
|---|---|---|---|
| TITLE<br>RANGER | | TITLE | |
| SIGNATURE | | SIGNATURE | |
| RELEASE TO<br>TRINITY COUNTY SHERIFF OFFICE | | | |

## UNITED STATES MAGISTRATE JUDGE DOCKET SHEET

VIOLATION/CASE NO.: CA 56/05-50009

**OFFENSE:**
\_\_Petty    X  Misdemeanor

Interfere with BLM Campground Host;
Create Hazard or Nuisance

**DEFENDANT:**
DUE, King David

| Place | Date | Code Section |
|---|---|---|
| BLM | 06/13/05 | 43 CFR 8365.1-4(a)(4); 8365.1-4(a)(2) |

### INITIAL APPEARANCE

Date:   06/22/2005

Place:  Redding

Appearing for U.S.:
Pat Hagan

Attorney for Defendant:
Aaron Williams  Relieved as Counsel 6-28-05

Plea:
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty
\_\_\_\_ Nolo Contendere

Disposition:
\_\_\_\_ Dismissed
\_\_\_\_ Not Guilty
\_\_\_\_ Guilty

Continued to: 06/28/05 Continued Arraignment   Defendant declined to consent to Magistrate jurisdiction; requested trial by jury.
7-27-05 2:00 pm Sacramento

### TRIAL

### SENTENCE

## AGREEMENT ON RELEASE

The People of the State of California,
  Plaintiff,
  vs.
KING DAVID DUE
  Defendant.

Booking Number __01-7430__

Docket Number _____

I UNDERSTAND THAT I WAS BOOKED FOR __UNDER THE INFLUENCE / SPEEDING__
IN CONSIDERATION OF BEING RELEASED ON MY OWN RECOGNIZANCE, I **HEREBY** AGREE AS FOLLOWS:

A. To appear on __@ Sept 18th 2001__ At __9:00 A__ .m. in the court marked below:

  ___ REDDING: 1500 Court St. 2nd floor, Redding, California (Phone 225-5714): Check court calendar for proper courtroom.

  ___ ANDERSON: 1925 Howard Street, Anderson, California (Phone 365-2563)

  ___ BURNEY: County Building, 20509 Shasta Street, Burney, California (Phone 335-3571)

  _X_ USDC: 2986 Bechelli Lane, Redding, California (Phone 246-5416)

  ___ OTHER COURT: _____

And will appear at all times and places as ordered by the Court or Magistrate and as ordered by any Court in which the charge is subsequently pending; and,

INTERPRETER NEEDED: [ ] YES  [X] NO  Language: _____

B. To waive extradition if apprehended out of the State of California after failure to appear as ordered; and

C. That any court of competent jurisdiction may revoke the order of release and return me to custody, or require that I give bail or any other assurance as provided in Part 2, Title 10 of the Penal Code.

D. FAILURE TO APPEAR CONSTITUTES A SEPARATE AND NEW MISDEMEANOR/FELONY. PUNISHABLE FOR A FELONY BY $10,000 FINE AND/OR IMPRISONMENT IN THE STATE PRISON, OR IN THE COUNTY JAIL FOR NOT MORE THAN ONE YEAR OR BOTH. FOR A MISDEMEANOR $1,000 FINE AND/OR ONE YEAR IN JAIL.

E. OTHER: _____

I have read and understand the information given hereon and acknowledge receipt of copy hereof and certify, under penalty of perjury, that all the information is true and correct.

DATED: __082401__

Driver's License No: __N9367764__

Date of Birth: __5-9-61__

Employed by: __Gardener / Keeling__
__JIM- 547-4773__

Signature of Defendant: __David Due__

Address: __22669 HERMOSA AVE.__

City: __GERBER__   State: __CA__   Zip Code: __96035__

Telephone #: __385-1393__  [X] Residence  [ ] Message  [ ] Business

[X] Own Recognizance  [ ] Citation Release/Out of Custody

[ ] RECOMMEND BAIL: __-OR-__

Reason for Recommending Bail

DATED: _____

[ ] Agreement to Release Pursuant to Section 827.1 PC

Authorized By _____

Arresting Officer - Agency: __NPS- WHISKEYTOWN__

Releasing Officer _____

Distribution:
White - Court copy; Yellow - Arresting Agency; Pink - Jail copy; Goldenrod - Defendant's copy.

(Agree.rls) 11/98

# PROBABLE CAUSE DECLARATION
## SHASTA COUNTY JAIL PRE-BOOKING FORM

JAIL
BKG# _____ KEY# _____ PB# _____

| DATE/TIME OF ARREST | LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|---|
| 8-25-01  1645 | DUE | KING | DAVID |

| AKA | SEX | RACE | DOB | AGE | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|
| — | ☒M ☐F | ☒W ☐I ☐H ☐B ☐OTH: | 5-9-61 | 40 | 5'08 | 190 |

| HAIR COLOR | EYE COLOR | SCARS / MARKS / TATTOOS |
|---|---|---|
| ☐BRO ☐BLN ☐RED ☒BLK ☐GRY ☐WHT | ☐BRO ☒HAZ ☐GRY ☐BLU ☐GRN ☐BLK | RGT ARM - TAURUS - TATOO |

| ADDRESS | ARRESTING AGENCY | ARRESTING OFFICER (last, first) |
|---|---|---|
| General Delivery - Redding CA  96003 | ☐APD ☐CHP ☐F&G ☒NPS W ☐RPD ☐SO ☐USM ☐OTHER: | Martin M |

| SOCIAL SECURITY NUMBER | LOCATION OF ARREST | PLACE OF BIRTH (city & state) |
|---|---|---|
| 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 | Whiskeytown Visitor Cntr | Red Bluff, CA |

| DRIVERS LICENSE NUMBER | VEHICLE LOCATION / TOWING AGENCY | CLOTHING DESCRIPTION |
|---|---|---|
| N9387764 | Left at Scene | Jeans shirt / Shoes / Shirt |

ARREST STATUS: ☒FRESH ARREST ☐WARRANT ARREST ☐CONTRACT ☐ENROUTER ☐OTHER

COURT: ☐RMC ☐AJC ☐BJC ☐CVJC ☒USDC ☐SUPER ☐OTHER   INTERPRETER NEEDED Y or N  Language: _____

| CHARGES (please write in exact code sections) | INTAKE OFFICER |
|---|---|
| CHG. 1 36CFR 2.35C  ☒M ☐F    CHG. 3 _____ ☐M ☐F | 382 |
| CHG. 2 36CFR 4.21C  ☒M ☐F    CHG. 4 _____ ☐M ☐F | SUPPL. HOLDS  17.00 |

| PROBABLE CAUSE DECLARATION | FACTS ESTABLISHING ELEMENTS AND INDENTIFICATION OF DEFENDANT: |
|---|---|
| OFC. REVIEW WITH JUDGE: | |
| DATE AND TIME OF REVIEW: | 48-HR. EXP. DATE / TIME |

1 - UNDER THE INFLUENCE  → FEDERAL
2 - SPEEDING

[1] WEAPON DESCRIPTION: _____

[2] VICTIM'S NAME: _____  TELEPHONE: _____

VICTIM'S AGE: _____  VICTIM'S INJURIES: _____

[3] VALUE OF PROP. LOSS: $_____  TYPE OF PROP. _____

[4] TYPE OF NARCOTICS: _____  QTY: _____

[5] WHOLESALE VALUE: $_____  STREET VALUE: $_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF.

EXECUTED ON 8-25-01 (DATE) AT SHASTA COUNTY, CALIFORNIA, BY _____ (SIGNATURE)

ON THE BASIS OF ☐THE OFFICER'S DECLARATION ☐REPORTS REVIEWED, I HEREBY DETERMINE THAT THERE ☐IS ☐IS NOT PROBABLE CAUSE TO BELIEVE THIS ARRESTEE HAS COMMITTED A CRIME.

(DATE)  (TIME)  (SIGNATURE OF JUDICAL OFFICER)

Incarceration Funds: ☐SO ☐RPD ☐APD ☐CHP ☐Other _____

White—COURT   Green—DOOR (FILE)   Yellow—PROBATION   Pink—CENTRAL   Gold—ARRESTING AGENCY

## UNITED STATES MAGISTRATE JUDGE DOCKET SHEET

**VIOLATION/CASE NO.:** CA75/01.50060

**OFFENSE:**
X  Petty   ___ Misdemeanor

**DEFENDANT:**
DUE, King D
General Delivery
Redding, CA 96003

**Description**
Five Count Complaint

| Place | Date | Code Section |
|---|---|---|
| Whiskeytown | 08/25/01 | 21 USC 844(a), 4.21(c), 4.2/CVC 14601.1(a), 4.2 CVC 400(a) & 4.2/CVC 16028(a) |

### INITIAL APPEARANCE

**Date:** 09/18/01     **Place:** Redding

**Appearing for U.S.:**

**Attorney for Defendant:** Michael Bataage  Aaron Williams

**Disposition:**
X  Not Guilty           ___ Dismissed
___ Guilty              ___ Not Guilty
___ Nolo Contendere     ___ Guilty

**Continued to:** 10-16-01 11am Continued Arraignment
1-8-02 1:30pm Trial (Mtn to Withdraw)
4-9-02 1:30pm Cont Trial - FTA NW $6000

### TRIAL

Arrested 6-19-05 - released 6-21-05
6-22-05 9:00am - Aaron Williams appt.
Condition of Release: Not to occupy NFS lands
until all proceedings are resolved.
6-28-05 11:00am Continued arraignment
Defendant declined to consent to Magistrate
jurisdiction, request for jury trial.
Aaron Williams relieved as counsel.
7-27-05 2:00pm Sacramento

### SENTENCE